```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683040179
Cashier ID: igarrett
Transaction Date: 05/01/2018
Payer Name: IVAN RAIKLIN
------------------------------------
CIVIL FILING FEE
 For: IVAN RAIKLIN
 Amount:         $400.00
------------------------------------
CREDIT CARD
 Amt Tendered:   $400.00
------------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00

CIVIL FILING FEE
3:18CV288
```